THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY A. LA CHICOTTE, Appellant, *v.* GEORGE E. BEST, as Commissioner of Bridges of the City of New York, Respondent.

(Submitted October 1, 1906; decided October 2, 1906.)

Motion for re-argument denied. The case must be brought again to this court by a new appeal taken from the amended order. (See 185 N. Y. 600.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. J. KENNY, Respondent, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Appellant.

.(Argued October 1, 1906; decided October 2, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendant to restore relator to active duty on the police force of the city of New York.

The motion was made on the ground that the order appealed from was entered on a stipulation and is, therefore, not appealable.

*Alfred E. Sander* for motion.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* of counsel), opposed.

Motion denied, with ten dollars costs.